UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LEE FOSTER,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSEPH JIMENEZ,<br><br>   Defendant. | Case No. 1:22-cv-01315-JLT-BAM<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Martin Lee Foster, proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Joseph Jimenez, a parole agent in Salinas, California.  (Doc. 1.)

The federal venue statute requires that a civil action be brought only in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the defendant does not reside in this district and the events at issue apparently occurred in Monterey County, which is in the Northern District of California.  Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  *See* 28 U.S.C. § 1406(a).

///

1

1  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States
2  District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **October 18, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE